UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY RODGERS,
                        Plaintiff,

-against-                              23 Civ. 7278 (LGS)

                                         <u>ORDER</u>

MERCY COLLEGE, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the initial pretrial conference scheduled for November 29, 2023, at 4:00 P.M., is adjourned to **November 29, 2023, at 4:15 P.M.** At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: November 29, 2023
        New York, New York

                                                                                 LORNA G. SCHOFIELD
                                                                   UNITED STATES DISTRICT JUDGE