

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500   F 212.307.5598   www.Venable.com

> By **January 5, 2024**, the parties shall file a joint letter updating the Court on the status of settlement discussions.  So Ordered.
>
> Dated: December 11, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

December 8, 2023

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Joint Settlement Status Letter
             *Timothy Rodgers v. Mercy College, et al.*, 23-cv-7278 (LGS)

Dear Judge Schofield:

    Pursuant to the Court's November 30, 2023 Order (*see* Docket Entry No. 36), the parties submit this joint letter advising the Court of the status of settlement in the above-referenced matter.

    As of the date of this letter, Plaintiff's counsel is in the process of discussing an updated settlement demand with its client, and all parties understand that a new settlement demand is imminently forthcoming. The parties propose providing an additional update to the Court on settlement negotiations no later than December 29, 2023.

    Additionally, per the discussion between Your Honor and the parties during the November 29, 2023, the parties also hereby inform the Court that there is presently a mediation scheduled for this matter on January 4, 2024. The participating parties' mediation statements are due to the mediator no later than December 29, 2023.

    Thank you for your time and attention to this matter.

                                      Respectfully submitted,

/s/ Albert D. Manuel III      /s/ Allison B. Gotfried      /s/ Sarah Elizabeth Thompson

Albert D. Manuel III, Esq    Allison B. Gotfried        Sarah Elizabeth Thompson