

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500  F 212.307.5598  www.Venable.com

January 5, 2024

Allison B. Gotfried
t 212.370.6227
f 212.307.5598
ABGotfried@Venable.com

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

  Re: Joint Settlement Status Letter
     *Timothy Rodgers v. Mercy College, et al.*, 23-cv-7278 (LGS)

Dear Judge Schofield:

  Pursuant to the Court's December 11, 2023, Memo Endorsement (*see* Docket Entry No. 38), the parties submit this joint letter advising the Court of the status of settlement in the above-referenced matter.

  Plaintiff and Defendants Mercy College, Dr. Jose Herrera, and Dr. Timothy Hall participated in a mediation on January 4, 2024. The mediation was unsuccessful. Defendant William Latimer did not participate in the mediation, as he has not yet responded to the Complaint. Dr. Latimer's response to the Complaint is due today, January 5, 2024, and will be filed forthwith.

  As Your Honor is aware, Defendant Southard has not yet been served in this matter. The parties intend to continue with the discovery process.

  Thank you for your time and attention to this matter.

              Respectfully submitted,

/s/ Albert D. Manuel III   /s/ Allison B. Gotfried   /s/ Sara E. Thompson

Albert D. Manuel III    Allison B. Gotfried    Sara E. Thompson