UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TIMOTHY RODGERS,
                        Plaintiff,

                                                                        23 Civ. 7278 (LGS)

-against-

                                                                        <u>ORDER</u>

MERCY COLLEGE, et al.,
                       Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the pre-motion conference scheduled for January 31, 2024, is adjourned to **February 7, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: January 25, 2024
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE