UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY RODGERS,
                            Plaintiff,

-against-                                   23 Civ. 7278 (LGS)

                                              <u>ORDER</u>
MERCY COLLEGE, et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated October 30, 2023, required the parties to file a status letter on January 29, 2024, as outlined in Individual Rule III.D.3;

       WHEREAS, the parties failed to submit the letter. It is hereby

       **ORDERED** that, by **February 5, 2024**, the parties shall file the joint letter.

Dated: February 2, 2024
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE