```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    TIMOTHY RODGERS,                                        :
                            Plaintiff,                      :
                                                            :        23 Civ. 7278 (LGS)
    -against-                                               :
                                                            :              ORDER
    MERCY COLLEGE, et al.,                                  :
                            Defendants.                     :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the conference scheduled for February 7, 2024, at 4:00 P.M., is adjourned to **February 7, 2024, at 4:15 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.

Dated: February 2, 2024
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**