

**THE LAW OFFICES OF**
# FREDERICK K. BREWINGTON

*Attorneys and Counselors at Law*
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

February 6, 2024

**VIA ELECTRONIC CASE FILING**
Honorable Lorna G. Schofield
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Rodgers v. Mercy College, et.al.
     Docket No.: CV-23-7278 (LGS)

Dear Judge Schofield:

As you records will reflect, we are the attorneys representing the Plaintiff, Mr. Timothy Rodgers, in the above referenced matter. In accordance with the Court's Order of February 3, 2024, we respectfully enclose the Proof of Service substitute service being made upon Ms. Karen Nevins, a relative of defendant Dr. Southard, on February 2, 2024.

We thank the Court for its kind consideration.

Respectfully submitted,

ALBERT D. MANUEL, III

cc:   Allison B. Gotfried, Esq. (via ecf)
Enclosure
ADM:pl