UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    TIMOTHY RODGERS,

                              Plaintiff,

    -against-                            23 Civ. 7278 (LGS)

    MERCY COLLEGE, et al.,                  ORDER

                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephonic conference was held on February 7, 2024. For the reasons discussed at the conference, it is hereby

    **ORDERED** that the parties shall file a joint letter by **February 14, 2024**, that includes any new proposed deadlines for 8(b) through 8(f) of the case management plan such that all fact discovery shall be completed by the previously set deadline of March 28, 2024. It is further

    **ORDERED** that Defendant William Latimer shall answer the Complaint by **February 14, 2024**.

Dated: February 8, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE