UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   TIMOTHY RODGERS,
                                  Plaintiff,

   -against-                                       23 Civ. 7278 (LGS)

                                                      ORDER
   MERCY COLLEGE, et al.,
                                  Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 29, 2024, Plaintiff's counsel filed a letter seeking to remove Leah E. Jackson as counsel for Plaintiff;

      WHEREAS, the order dated April 30, 2024, directed Plaintiff's counsel to refile the withdrawal letter by May 3, 2024, to clarify whether Jackson is asserting a retaining or charging lien;

      WHEREAS, no such letter has been filed. It is hereby

      **ORDERED** that, by **May 17, 2024**, Plaintiff's counsel shall file the letter.

Dated: May 14, 2024
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE