Application **GRANTED**.

The Clerk of Court is respectfully directed to terminate ECF notifications for Leah E. Jackson.

Dated: May 20, 2024
      New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

May 16, 2024

VIA ELECTRONIC CASE FILING
HON. LORNA G. SCHOFIELD
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Timothy Rodgers v. Mercy College, et. al.
              Docket No.: 23-CV-07278

Dear Judge Schofield:

    As the record reflects, we are the attorneys for the Plaintiff in the above-referenced matter. We respectfully submit this correspondence in accordance with Your Honor's Order dated May 14, 2024 regarding removal of Attorney, Leah E. Jackson, as counsel for Plaintiff.

    Ms. Jackson has resigned from the employ of this office effective December 29, 2023. The current status in this case specifies Fact Discovery for all parties is due to be completed by May 31, 2024, and Expert Discovery by July 1, 2024. Ms. Jackson asserts no retaining or charging lien in this matter. We therefore, respectfully request that her name be removed as counsel.

    We thank the court for its time and attention to this matter.

                        Sincerely,

                        /s/ *Frederick K. Brewington*
                        FREDERICK K. BREWINGTON

FKB:rw