UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    TIMOTHY RODGERS,

                            Plaintiff,

                            23 Civ. 7278 (LGS)

            -against-

                            ORDER

    MERCY COLLEGE et al.,

                           Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held on November 6, 2024. As discussed at the conference, it is hereby

       **ORDERED** that the parties shall participate in a settlement conference before Judge Netburn. A referral to a settlement conference before Judge Netburn will issue separately. The parties shall update the Court when the settlement conference is scheduled, and, within seven days of the conclusion of the conference, update the Court about the outcome of the settlement. The parties shall also file a status letter every 30 days, with the next one due **December 7, 2024**.

       The Clerk of Court is respectfully directed to terminate the motions at Dkt. Nos. 106, 107 and 108.

Dated: November 7, 2024
       New York, New York

                                                LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE