December 6, 2024

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:** *Timothy Rodgers v. Mercy College, et al*
            **Case No. 1:23-cv-07278**

Your Honor:

    This letter is submitted (jointly) by the undersigned attorneys pursuant to Your Honor's November 7, 2024, Order (ECF 111) requesting information about the parties settlement conference and general status of the litigation and/or settlement discussions.

    The settlement conference with Magistrate Judge Sarah Netburn has been scheduled for **Thursday, January 16, 2025, at 10:00AM**. The defendants have requested a settlement demand from Plaintiff, and to be advised as to whether Plaintiff intends to voluntarily discontinue any of his claims in advance of the settlement conference.

    As of the date of this filing, Plaintiff has provided a revised settlement demand. The parties are working to schedule a meet and confer in advance of the settlement conference regarding the demand and the discontinuance of any claims.

    We appreciate Your Honor's time and consideration and will continue to update the Court as requested.

**Dated this 6th day of December, 2024.**

Respectfully submitted,

BIEDERMANN HOENIG SEMPREVIVO, P.C.

By:    *s/ Sara E. Thompson*
       Sara E. Thompson

*Attorneys for Defendant*
WILLIAM LATIMER
One Grand Central Place
60 East 42nd Street, 36th Floor
New York, New York 10165
Tel: 646-218-7560
Sara.Thompson@lawbhs.com

Hon. Lorna G. Schofield
December 6, 2024
Page 2 of 2

THE LAW OFFICES OF FREDERICK K. BREWINGTON

By:     *s/ A. Shamel Manuel*
        A. Shamel Manuel

*Attorneys for Plaintiff*
TIMOTHY RODGERS
556 Peninsula Blvd.
Hempstead, New York 11550
Tel: (516) 489-6959
a.shamel.manuel@brewingtonlaw.com


VENABLE LLP

By:     *s/ Allison B. Gotfried*
        Allison B. Gotfried

*Attorneys for Defendants*
MERCY COLLEGE, DR. JOSE HERRERA,
and TIMOTHY HALL
151 W. 42nd Street, 49th Floor
New York, New York 10036
Tel: (212) 370-6227
ABGotfried@Venable.com


PADUANO & WEINTRAUB LLP

By:     *s/ Tara H. Curtin*
        Tara H. Curtin

*Attorneys for Defendant*
DR. KRISTINE SOUTHARD
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
Tel: (929) 388-1678
tc@pwlawyers.com