January 6, 2025

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:** *Timothy Rodgers v. Mercy College, et al*
            **Case No. 1:23-cv-07278**

Your Honor:

    This letter is submitted (jointly) by the undersigned attorneys pursuant to Your Honor's November 7, 2024, Order (ECF 111) requesting monthly updates about the parties' settlement discussions.

    The settlement conference with Magistrate Judge Netburn will proceed as scheduled on January 16, 2025. Since our last status report, Plaintiff has provided a written settlement demand and notice that he intends to voluntarily dismiss certain of his claims. The parties are in the process of preparing a stipulation of dismissal to be filed with the Court.

    We appreciate Your Honor's time and consideration and will continue to update the Court as requested.

**Dated this 6th day of January, 2025.**

Respectfully submitted,


BIEDERMANN HOENIG SEMPREVIVO, P.C.

By:    *s/ Sara E. Thompson*
        Sara E. Thompson

*Attorneys for Defendant*
WILLIAM LATIMER
One Grand Central Place
60 East 42nd Street, 36th Floor
New York, New York 10165
Tel: 646-218-7560
Sara.Thompson@lawbhs.com

THE LAW OFFICES OF FREDERICK K. BREWINGTON

By: <u>s/ A. Shamel Manuel</u>
      A. Shamel Manuel

*Attorneys for Plaintiff*
TIMOTHY RODGERS
556 Peninsula Blvd.
Hempstead, New York 11550
Tel: (516) 489-6959
a.shamel.manuel@brewingtonlaw.com


VENABLE LLP

By: <u>s/ Allison B. Gotfried</u>
      Allison B. Gotfried

*Attorneys for Defendants*
MERCY COLLEGE, DR. JOSE HERRERA,
and TIMOTHY HALL
151 W. 42nd Street, 49th Floor
New York, New York 10036
Tel: (212) 370-6227
ABGotfried@Venable.com


PADUANO & WEINTRAUB LLP

By: <u>s/ Tara H. Curtin</u>
      Tara H. Curtin

*Attorneys for Defendant*
DR. KRISTINE SOUTHARD
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
Tel: (929) 388-1678
tc@pwlawyers.com