**BIEDERMANN·HOENIG·SEMPREVIVO**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
NEW YORK, NY 10165
TEL 646·218·7560
FAX 646·218·7510
WWW.LAWBHS.COM

January 8, 2025

**VIA ECF**
Honorable Sarah Netburn, C. M. J.
United States District Court,
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Rm. 219
New York, New York 10007

          Re:    **Request to Appear Telephonically at Settlement Conference**
                   *Timothy Rodgers v. Mercy College, et al*
                   **Case No. 1:23-cv-07278**

Your Honor:

      We represent the defendant, William Latimer ("Dr. Latimer"), in the above-referenced action, which has been referred to the Court for a Settlement Conference on January 16, 2025. We write pursuant to paragraph "5" of Your Honor's Procedures for Cases Referred to Settlement to request leave for Dr. Latimer to appear via telephone at the conference.

      The reason for this request is that Dr. Latimer resides more than 100 miles from New York City in Cape Cod, Massachusetts. In addition, Dr. Latimer cares for his children before and after school hours and traveling to New York at this time would be a substantial scheduling and financial hardship for him and his family. The undersigned attorneys and a representative from Dr. Latimer's insurance carrier with settlement authority will be in attendance.

                                                        Respectfully submitted,

                                                        BIEDERMANN HOENIG SEMPREVIVO,
                                                        A Professional Corporation

                                                        By: _____
                                                            Sara E. Thompson
                                                     *Attorneys for Defendant*
                                                     WILLIAM LATIMER
                                                     One Grand Central Place
                                                     60 East 42nd Street, 36th Floor
                                                     New York, New York 10165
                                                     Tel: 646-218-7560
                                                     Sara.Thompson@lawbhs.com

Cc:      All Counsel of Record via ECF