The entire stipulation below is SO ORDERED.  The Clerk of Court is respectfully directed to terminate William Latimer as defendant.

Dated: January 15, 2025
      New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| TIMOTHY RODGERS,<br><br>                            Plaintiff,<br><br>-against-<br><br>MERCY COLLEGE, DR. JOSE HERRERA,<br>TIMOTHY HALL, DR. KRISTINE SOUTHARD,<br>and WILLIAM LATIMER,<br><br>                            Defendants. | Civil Case No.<br>1:23-cv-07278-LGS<br><br>**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the claims and causes of action set forth in the Complaint filed in the above entitled action be, and the same hereby are dismissed ***with prejudice***, as follows:

1. **As against defendants, TIMOTHY HALL and DR. JOSE HERRERA**:

    a. Claims under 42 U.S.C. §2000 (d) (i.e., Title VI of the Civil Rights Act of 1964) ("Title VI") of discrimination.

2. **As against defendants, MERCY COLLEGE, TIMOTHY HALL, and DR. JOSE HERRERA**:

    a. Claims under 42 U.S.C. § 1981 of the Civil Rights Act of 1866 ("Section 1981") and the New York State Human Rights Law, N.Y.S. Executive Law § 296 ("NYSHRL") and Title VI of hostile work environment;

    b. Claims under Title VI, Section 1981 and the NYSHRL of retaliation.

3. **As against defendant, DR. KRISTINE SOUTHARD**:

      a. Claims of retaliation under Section 1981 and the NYSHRL.

4. **As against defendant, WILLIAM LATIMER**:

      a. ALL claims and causes of action asserted.

5. **Accordingly, the only claims remaining in this action are as follows:**

      a. A claim of breach of contract against MERCY COLLEGE;

      b. Claims of discrimination under Title VI, Section 1981, and the NYSHRL against MERCY COLLEGE;

      c. Claims of discrimination under Section 1981 and the NYSHRL against TIMOTHY HALL and DR. JOSE HERRERA;

      d. Claims of discrimination under Section 1981 and the NYSHRL against DR. KRISTINE SOUTHARD; and

      e. Claims of hostile work environment under Section 1981 and the NYSHRL against DR. KRISTINE SOUTHARD.

**IT IS FURTHER STIPULATED AND AGREED**, that dismissal of the foregoing counts is without costs, fees, or disbursements to any party relative to the dismissed claims.

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts; that facsimile or electronic signatures have the same force and effect as originals; and that this Stipulation may be filed with the Clerk of the Court without further notice.

**AGREED this 13th day of January, 2025**.

//
//
//

THE LAW OFFICES OF FREDERICK K. BREWINGTON

By:     *s/ A. Shamel Manuel*
         A. Shamel Manuel

*Attorneys for Plaintiff*
TIMOTHY RODGERS
556 Peninsula Blvd.
Hempstead, New York 11550
Tel: (516) 489-6959
a.shamel.manuel@brewingtonlaw.com


VENABLE LLP

By:     *s/ Allison B. Gotfried*
         Allison B. Gotfried

*Attorneys for Defendants*
MERCY COLLEGE, DR. JOSE HERRERA,
and TIMOTHY HALL
151 W. 42nd Street, 49th Floor
New York, New York 10036
Tel: (212) 370-6227
ABGotfried@Venable.com


PADUANO & WEINTRAUB LLP

By:     *s/ Tara H. Curtin*
         Tara H. Curtin

*Attorneys for Defendant*
DR. KRISTINE SOUTHARD
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
Tel: (929) 388-1678
tc@pwlawyers.com


BIEDERMANN HOENIG SEMPREVIVO, P.C.

By:     *s/ Sara E. Thompson*
         Sara E. Thompson

*Attorneys for Defendant*
WILLIAM LATIMER
One Grand Central Place

60 East 42nd Street, 36th Floor
New York, New York 10165
Tel: 646-218-7560
Sara.Thompson@lawbhs.com