```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
   TIMOTHY RODGERS,                                          :
                                  Plaintiff,                 :
                                                             :       23 Civ. 7278 (LGS)
                  -against-                                  :
                                                             :             ORDER
   MERCY COLLEGE et al.,                                     :
                                  Defendants.                :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated November 7, 2024, required the parties to update the Court about the outcome of the settlement within seven days of the conclusion of the conference;

WHEREAS, a settlement conference before Judge Sarah Netburn was held on January 16, 2025;

WHEREAS, the parties failed to file the update by January 23, 2025. It is hereby

**ORDERED** that by **January 29, 2025**, the parties shall file a joint letter (1) updating the Court on the outcome of the settlement conference, including any progress made in resolving the remaining claims, and (2) if any claims remain unresolved, proposing next steps including a mutually agreeable briefing schedule for any anticipated motion for summary judgment.

Dated: January 24, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**