**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

January 28, 2025

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

    Re:    <u>Timothy Rodgers v. Mercy College et al.</u>, Case No. 1:23-cv-7278 (LGS)

Your Honor:

    We represent Defendant Dr. Kristine Southard ("Dr. Southard") in the above-referenced matter and submit this letter jointly with Plaintiff Timothy Rodgers ("Plaintiff") and Defendants Mercy College, Dr. Jose Herrera, and Timothy Hall (together with Dr. Southard, "Defendants," and with Dr. Southard and Plaintiff, the "Parties") in response to the Court's Order, dated January 24, 2025 (ECF No. 122).

    The Parties attended a settlement conference on January 16, 2025 before Magistrate Judge Netburn (*see* ECF No. 113). The Parties engaged in good-faith negotiations but did not resolve any of their remaining claims, which are outlined in the Parties' stipulation of partial dismissal which was so-ordered on January 15, 2025 (ECF No. 121).

    Accordingly, the Parties have conferred and propose the following mutually agreeable briefing schedule for Defendants' motions for summary judgment.

- Defendants' motions for summary judgment to be filed before or on April 9, 2025;
- Plaintiff's Opposition brief(s) to be filed before or on June 13, 2025;
- Defendants' Reply briefs to be filed before or on July 11, 2025.

    We appreciate Your Honor's consideration of this request and remain available should the Court require additional information.

PADUANO & WEINTRAUB LLP

Hon. Lorna G. Schofield
January 28, 2025
Page 2

                                      Respectfully submitted,

PADUANO & WEINTRAUB LLP
By: */s/ Tara H. Curtin*
Tara H. Curtin
*Attorneys for Defendant*
DR. KRISTINE SOUTHARD
1251 Avenue of the Americas, 9th Floor
New York, New York 10020
Tel: (929) 388-1678
tc@pwlawyers.com

THE LAW OFFICES OF FREDERICK K. BREWINGTON
By: */s/ A. Shamel Manuel*
A. Shamel Manuel
*Attorneys for Plaintiff*
TIMOTHY RODGERS
556 Peninsula Blvd.
Hempstead, New York 11550
Tel: (516) 489-6959
a.shamel.manuel@brewingtonlaw.com

VENABLE LLP
By: */s/ Allison B. Gotfried*
Allison B. Gotfried
*Attorneys for Defendants*
MERCY COLLEGE, DR. JOSE HERRERA,
and TIMOTHY HALL
151 W. 42nd Street, 49th Floor
New York, New York 10036
Tel: (212) 370-6227
ABGotfried@Venable.com

Cc:    All Counsel of Record (via ECF)