

151 WEST 42ND STREET    49TH FLOOR    NEW YORK, NY 10036
T 212.307.5500  F 212.307.5598  www.Venable.com

Application **GRANTED**.  Defendants' deadline to file any motion for summary judgment is extended to **March 3, 2025**.

February 3, 2025

Dated: February 4, 2025
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

> Re:    *Timothy Rodgers v. Mercy College, et al.*, 1:23-cv-7278 (LGS)
>        Request for Clarification of Summary Judgment Briefing Schedule

Dear Judge Schofield:

We represent Defendants Mercy College, Dr. Jose Herrera, and Timothy Hall (collectively, the "Mercy Defendants,") in the above-captioned matter.  We write to seek the Court's clarification of the briefing schedule set forth at ECF No. 124, filed on January 29, 2025.

The Court has instructed defendants to file any motion for summary judgment by **Saturday, March 1, 2025**. (ECF No. 124). In accordance with Rule 6 of the Federal Rules of Civil Procedure for computing time, the Mercy Defendants seek the Court's confirmation that the time to file their summary judgment motion is on or by **Monday, March 3, 2025**.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Allison B. Gotfried

cc:    All Counsel of Record (via ECF)