

151 WEST 42ND STREET   49TH FLOOR   NEW YORK, NY 10036
T 212.307.5500  F 212.307.5598  www.Venable.com

February 7, 2025

Allison B. Gotfried
t 212.370.6227
f 212.307.5598
ABGotfried@Venable.com

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

    Re:    Joint Status Letter
                 *Timothy Rodgers v. Mercy College, et al.*, 23-cv-7278 (LGS)

Dear Judge Schofield:

        Pursuant to the Court's November 7, 2024 Order (*see* Docket Entry No. 111), Plaintiff Timothy Rodgers and Defendants Mercy College, Dr. Jose Herrera, Timothy Hall, and Dr. Kristine Southard (collectively, the "Parties") submit this joint letter advising the Court of the status of the above-referenced matter.

        As set forth more fully in the parties' status letter of January 28, 2025 (*see* Docket Entry No. 123), the parties did not reach resolution through the recent settlement conference and Defendants are preparing motions for summary judgment, which are due March 3, 2025 (*see* Docket Entry Nos. 124, 126).

        Separately, Plaintiff's counsel has indicated that he will be providing an updated demand, which Defendants will consider when received.

        Thank you for your time and attention to this matter.

                              Respectfully submitted,

| /s/ Albert D. Manuel III | /s/ Allison B. Gotfried | /s/ Tara Curtin |
|---|---|---|
| Albert D. Manuel III | Allison B. Gotfried | Tara Curtin |