

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

May 8, 2025

VIA ELECTRONIC CASE FILING
HON. LORNA G. SCHOFIELD
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application **GRANTED**. In light of Plaintiff's settlement with Defendant Southard, the motion at Dkt. 138 is **DENIED** as moot. The Clerk of Court is respectfully directed to terminate Southard as defendant.
>
> Dated: May 9, 2025
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

Re:   Timothy Rodgers v. Mercy College, et. al.
      Docket No.: 23-CV-07278

Dear Judge Schofield:

    As the record reflects, we are the attorneys for the Plaintiff in the above-referenced matter. We respectfully submit this correspondence as both a status update and a request for a stay of the above referenced action as it pertains to the proceedings against Defendant Dr. Kristine Southard.

    Defendant Southard and Plaintiff have now entered into a written settlement agreement. Given this update, we request a stay of the proceedings against Defendant Southard, including Plaintiff's Opposition to Summary Judgment currently scheduled on or before May 15th and Defendant's Reply, currently scheduled on or before May 25th. Plaintiff will file a Notice of Voluntary Dismissal on or before June 12, 2025, in accordance with the terms of the parties' agreement.

    Plaintiff's counsel has conferred with Defendant Southard's counsel, who has graciously consented to our request.

    We thank the court for its time and attention to this matter.

Sincerely,

ALBERT D. MANUEL III

ADM:tc