**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TIMOTHY RODGERS,

                       Plaintiff,                            23 **CIVIL** 7278 (LGS)

          -against-                                  **JUDGMENT**

MERCY COLLEGE et al.,
                        Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 18, 2026, Defendants' motion for summary judgment is GRANTED and Defendants' motion for oral argument is **DENIED as moot**; accordingly, the case is closed.

**Dated:**  New York, New York
       April 3, 2026

                                  **TAMMI M. HELLWIG**

                                        **Clerk of Court**

          **BY:**

                                      **Deputy Clerk**